IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS NOTTEBOHM, et al., | No. C 11-01838 SI |
| Plaintiffs, | **ORDER GRANTING LEAVE TO AMEND COMPLAINT AND VACATING JUNE 3, 2011, HEARING** |
| v. | |
| AMERICAN HOME MORTGAGE CORP., et al., | |
| Defendants. | |

On March 16, 2011, plaintiffs filed their *pro se* second amended complaint in Marin County Superior Court. Defendants subsequently removed this action to federal court and filed a motion to dismiss. There are currently four motions relating to plaintiffs' second amended complaint scheduled for hearing on June 3, 2011: 1) defendants' motion to dismiss; 2) plaintiffs' motion to remand; 3) defendants' motion to expunge notice of pendency of action; and 4) plaintiffs' motion to stay proceedings.

After these four motions were filed, plaintiffs obtained counsel. On May 27, 2011, plaintiffs' counsel requested the opportunity to file an amended complaint to clarify plaintiffs' claims and to respond to the deficiencies identified by defendants' motion to dismiss.

In light of the fact that plaintiffs are now represented by counsel, the Court GRANTS plaintiffs'

request to file an amended complaint, VACATES the hearing currently scheduled for June 3, 2011, and DENIES as moot the motions identified above. Docket Nos. 10, 12, 14, 15. **Plaintiffs must file their amended complaint by June 24, 2011. Defendants may renew their motion to dismiss and their motion to expunge notice of pendency of action before July 15, 2011.**

**IT IS SO ORDERED.**

Dated: June 1, 2011

SUSAN ILLSTON
United States District Judge

2